BENJAMIN L. ERENSTOFT, Respondent, v. DANIEL SILVERSTEIN, Appellant, and Others, Defendants.— Action for personal injuries suffered by plaintiff, a passenger in the automobile of defendant Silverstein, as the result of a collision at a street intersection with another automobile in which the Silverstein car was overturned. The verdict held Silverstein solely responsible for the accident and awarded the plaintiff damages of $3,600. The only question raised on this appeal is the excessiveness of the verdict. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

SOL GOLDSTEIN, Respondent, v. HARRIET GOLDSTEIN, Appellant.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying defendant's motion for a change of venue from the county of Rockland to the county of New York reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. This is a divorce action, the venue of which was laid in Rockland county. The plaintiff, at the time of the commencement of the action, was a resident of New York county and the defendant a resident of Queens county. Defendant moved to change the venue to New York county. Since the action should have been brought in the county of the residence of either of the parties to the action (Civ. Prac. Act, § 182), it was the right of the defendant to move for a change of venue to either the county of her residence or that of the plaintiff. Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur.

SALLY A. HEALY, Respondent, v. FRANCES TOOMEY, Appellant.— Action brought by plaintiff to recover damages for personal injuries sustained when defendant's automobile, in which plaintiff was riding as a guest, left the highway and struck a tree. Order granting motion to set aside verdict in favor of plaintiff and for a new trial on the ground of inadequacy of damages unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

VICTORIA HEDDENDORF, Respondent, v. WILLIAM H. HEDDENDORF, Appellant.— Judgment in plaintiff's favor, separating her from the bed and board of defendant, granting alimony at the rate of thirty-five dollars a week, and giving her custody of the issue of the marriage with right of visitation by defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

MORRIS HIMMEL, Respondent, v. NECARO Co., INC., Appellant.— Action to recover damages for personal injuries sustained by plaintiff as the result of a fall upon a temporary bridge constructed and maintained by defendant over a street excavation. Judgment for plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.